## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br>v.<br><br>**Mr. Madison Cawthorn**, an individual,<br><br>*Defendant*. | Civil Case No.: 2:22-cv-00554-JRS-MG |

## Plaintiff's Notice of Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff THE BOPP LAW FIRM, PC voluntarily dismisses the above-captioned action. Such dismissal is with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

Federal Rule of Civil Procedure 41(a)(1)(A)(I) provides for voluntary dismissal by a plaintiff without a court order where "defendants have neither answered nor moved for summary judgment[.]" In the above-captioned case, Defendant Mr. Cawthorn has not answered or filed for summary judgment. Further, Mr. Cawthorn has paid the outstanding balance he owed to Plaintiff BLF in full and therefore has fully satisfied the debt underlying this case.

<table>
<tr><td>Date: April 24, 2023</td><td>Respectfully submitted,<br>/s/ James Bopp, Jr.<br>James Bopp, Jr. IN No. 2838-84<br>jboppjr@aol.com<br>*Lead Counsel for Plaintiff*<br>Melena S. Siebert IN No. 35061-15<br>msiebert@bopplaw.com<br>*Counsel for Plaintiff*<br>THE BOPP LAW FIRM, PC<br>The National Building<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>(812) 232-2434 - Telephone<br>(812) 235-3685 - Facsimile</td></tr>
</table>

## Certificate of Service

I hereby certify that on April 24, 2023, a copy of the foregoing and all attachments thereto were filed electronically using the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
Lead Counsel for Plaintiff